IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.                                                        No. CV 16-00771 RB/LAM
                                                             No. CR 13-02163 RB

EDWARD ALONSO,

    Defendant/Movant.

## JUDGMENT

**THIS MATTER** having come before the Court under Rule 4 of the Rules Governing Section 2255 Proceedings on the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by Movant, Edward Alonso (CV Doc. 1, 9; CR Doc. 42, 49) and the Court having entered its Memorandum Opinion and Order dismissing the Motion,

**IT IS ORDERED** that **JUDGMENT** is hereby entered and the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by Movant Edward Alonso (CV Doc. 1, 9; CR Doc. 42, 49) is **DISMISSED** under rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

_____
**UNITED STATES DISTRICT JUDGE**